UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LL FUNDS ADMINISTRATIVE AGENT, LLC, :
                Plaintiff, :
: 24 Civ. 5496 (LGS)
-against- :
: <u>ORDER</u>
FIFTH THIRD BANK, NATIONAL :
ASSOCIATION, :
                Defendant. X
-------------------------------------------------------------
LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference was held in this action on September 25, 2024. As discussed at the conference, it is hereby

      **ORDERED** that, if Defendant's counsel Nathaniel Lampley, Jr.'s conflicting trial is adjourned, Defendant shall promptly file a letter apprising the Court of such a change. It is further

      **ORDERED** that, Defendant's proposed discovery schedule is substantially adopted as set forth in the Case Management Plan, which will be separately filed. It is further

      **ORDERED** that, by **January 24, 2025**, the parties shall file a joint letter proposing next steps, including how any trial should proceed. A conference will be held on **January 29, 2025, at 4:10 P.M.** The parties shall call (888) 363-4749 and enter the access code 558-3333.

Dated: September 26, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE