UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LL FUNDS ADMINISTRATIVE AGENT, LLC,                         :
                                                            :
                                    Plaintiff,     :     24 Civ. 5496 (LGS)
                                                            :
-against-                                                   :     ORDER
                                                            :
FIFTH THIRD BANK, NATIONAL                                  :
ASSOCIATION,                                                :
                                                            :
                                                            :
                                    Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on November 18, 2024. As discussed at the conference, it is hereby

**ORDERED** that the parties shall meet and confer regarding any potential declaration by Eric White as to the issues discussed at the conference. By **November 25, 2024**, the parties shall file a joint letter regarding any agreement reached concerning White's testimony and stating each parties' respective positions as to any remaining issues.

Dated: November 18, 2024
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE