UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LL FUNDS ADMINISTRATIVE AGENT, LLC,                         :
                                                            :
                              Plaintiff,     :    24 Civ. 5496 (LGS)
                                                            :
-against-                                     :    ORDER
                                                            :
FIFTH THIRD BANK, NATIONAL                                  :
ASSOCIATION,                                                :
                                                            :
                              Defendant.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference regarding pre-trial deadlines and submissions was held on February 5, 2025. As discussed at the conference, it is hereby,

**ORDERED** that, by **February 10, 2025**, the parties shall file a joint letter on the status of settlement discussions. It is further

**ORDERED** that the **March 3, 2025**, bench trial will begin at 10 A.M. Each side will be limited to 2.5 hours of presentation. The testimony of trial witness shall be via (1) written direct and live cross, (2) live direct and live cross or (3) direct and cross through deposition designations. It is further

**ORDERED** that, by **February 18, 2025**, the parties (1) shall file a Joint Final Pre-Trial Order as provided in the Court's Individual Trial Rules, except as stated herein, and (2) shall provide Chambers with their exhibit list marked to indicate objections, and a digital copy of trial exhibits to be presented on a party's direct case. The parties shall email Chambers requesting a link to upload these exhibits. The Court will not accept motions in limine. All objections shall go to weight, not admissibility. The parties are encouraged to stipulate to all undisputed facts to streamline the proceedings. It is further

  **ORDERED** that a Final Pre-Trial Conference will be held on **February 20, 2025**, **at 2:30 P.M.**  The conference will be telephonic on conference line (855) 244-8681, access code 23111938649.  It is further

  **ORDERED** that, by **February 25, 2025**, the parties shall file their pre-trial memoranda of law.  It is further

  **ORDERED** that, by **February 26, 2025**, the parties shall file the written direct testimony of trial witnesses whose direct examination will not be live.  By **February 28, 2025**, the parties shall file deposition designations and counter-designations for witnesses who will not be called live indicating objections as provided in the Court's Individual Trial Rules.  It is further

  **ORDERED** that the parties shall otherwise comply with the Court's Individual Trial Rules and Procedures, which can be found at https://www.nysd.uscourts.gov/hon-lorna-g-schofield.

Dated: February 5, 2025
    New York, New York

                                                      
                                  **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**