UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
LL FUNDS ADMINISTRATIVE AGENT, LLC,   :
:
                             Plaintiff,   :   24 Civ. 5496 (LGS)
:
-against-   :   ORDER
:
FIFTH THIRD BANK, NATIONAL   :
ASSOCIATION,   :
:
                          Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated February 5, 2025, directed the parties to file their Joint Final Pre-Trial Order ("JFPTO") and provide Chambers with their exhibit list and copies of trial exhibits by February 18, 2025. The Order also scheduled a Final Pre-Trial Conference for February 20, 2025.

      WHEREAS, on February 18, 2025, the parties timely filed their JFPTO and exhibits. Defendant also filed a separate letter objecting to certain trial exhibits proposed by Plaintiff.

      WHEREAS, no other significant issues were raised by the parties for discussion at the Final Pre-Trial Conference. It is hereby

      **ORDERED** that the Final Pre-Trial Conference scheduled for February 20, 2025, is **CANCELLED**. The conference will be rescheduled if necessary. It is further

      **ORDERED** that, by **February 21, 2025**, Plaintiff shall file a response to Defendant's February 18, 2025, letter.

Dated: February 19, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE