UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LL FUNDS ADMINISTRATIVE AGENT, LLC,  :
:
                                      Plaintiff,   :        24 Civ. 5496 (LGS)
:
-against-   :        ORDER
:
FIFTH THIRD BANK, NATIONAL   :
ASSOCIATION,   :
:
                                    Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a bench trial was held in this action was held on March 3, 2025.  As discussed at the trial, it is hereby

      **ORDERED** that, by **March 14, 2025**, the parties shall provide unredacted, digital copies of trial exhibits presented at trial or referenced in their trial witness' written testimony for an in-camera inspection.  The parties shall highlight the portions of the exhibits that were redacted.  The parties shall email Chambers requesting a link to upload these exhibits.  By **March 14, 2025**, the parties shall also file a letter proposing deadlines to file their written summations, which shall be limited to 8,750 words in accordance with the Court's Individual Rules.

Dated: March 3, 2025
       New York, New York

                                                                     LORNA G. SCHOFIELD
                                                                 UNITED STATES DISTRICT JUDGE