UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LL FUNDS ADMINISTRATIVE AGENT, LLC,  :
                                     :
                         Plaintiff,  :   24 Civ. 5496 (LGS)
                                     :
            -against-                :   ORDER
                                     :
FIFTH THIRD BANK, NATIONAL           :
ASSOCIATION,                         :
                                     :
                         Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in Findings of Fact and Conclusions of Law dated September 19, 2025, judgment was entered for Defendant in this action.

WHEREAS, Defendant moves for leave to file a motion seeking attorneys' fees, costs, and disbursements under the parties' contracts. Plaintiff opposes, and Defendant was ordered to file a letter replying to Plaintiff's opposition. Defendant argues in reply, among other arguments, that where a "a party . . . is contractually entitled to be held harmless, that party is entitled to its costs and attorneys' fees incurred to enforce the contractual indemnity provision" (quoting *Delle Donne & Assocs, LLP v. Millar Elevator Serv. Co.*, 840 A.2d 1244, 1256 (Del. 2004)).

WHEREAS, Plaintiff has filed a notice of appeal from the Findings of Fact and Conclusions of Law and all prior orders entered in this action. It is hereby

**ORDERED** that, by **October 28, 2025**, Plaintiff shall file a surreply to Defendant's fee letter addressing the relevance of *Delle Donne* and any cases interpreting similar contractual language. It is further

**ORDERED** that, by **October 28, 2025**, the parties shall file briefing (which may take the form of separate letters on behalf of each party, or a joint letter on behalf of both parties) addressing (1) this Court's jurisdiction over Defendant's fee motion during the pendency of Plaintiff's appeal and (2) whether Defendant's fee motion should be stayed during the pendency of Plaintiff's appeal.

Dated: October 21, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE